UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **MARCUS ARRINGTON,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Phencyclidine) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about September 12, 2003, within the District of Columbia, **MARCUS ARRINGTON,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

### COUNT TWO

On or about October 2, 2003, within the District of Columbia, **MARCUS ARRINGTON,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.