UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-233 (HHK) |
| v | : | |
| MARCUS ARRINGTON | : | |

FILED
JAN 27 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSE:

   A.  The essential elements of the offense of Unlawful Distribution of Phencyclidine, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C) are:

   1.  that the defendant distributed a controlled substance;

   2.  that the defendant distributed the controlled substance knowingly and intentionally; and

   3.  that the distribution involved a substance or mixture that contained phencyclidine.

II.  COPY OF THE PLEA AGREEMENT:

   A copy of the plea agreement, not yet executed by the defendant, is attached.

III.  PENALTIES:

   A.  Pursuant to 21 United States Code §841(b)(1)(C), the offense of Unlawful Distribution of Phencyclidine carries a maximum sentence of 20 years imprisonment, a $1,000,000 fine and up to three years of supervised release

IV.  FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

In late September of 2003, the defendant contacted a Metropolitan Police Department confidential source to inquire as to whether the source wished to purchase PCP. The confidential source told the defendant that he was not ready to make a purchase at that time. On September 30, 2003, the confidential source made arrangements to purchase PCP from the defendant on October 2, 2003. On October 2, 2003, the defendant met with the confidential source in the Hechinger Mall parking lot, located in northeast Washington, DC. The defendant entered the confidential source's automobile, where the defendant provided the confidential source with a white plastic bag containing a small cardboard Thera-flu cold medicine box. Inside the box were eight glass vials containing a total of 87 grams of phencyclidine. The confidential source provided the defendant with $1,800.00 in exchange for the phencyclidine.

At the time he committed this offense, the defendant had a prior criminal conviction in case F7549-92 for misdemeanor carrying a pistol without a license and assault with intent to kill.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

Catherine K. Connelly
Assistant United States Attorney
Major Crimes Section, Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
Phone: 616-3384
Fax: 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Dani Jahn, this 23rd day of January, 2006

Catherine Connelly
Assistant United States Attorney