UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>*Marcus Arrington*<br>**Defendant.** | Criminal **05-233**(HHK) **-01**<br><br>**FILED**<br><br>JAN 27 2006<br><br>NANCY MAYER-WHITTINGTON<br>U.S. DISTRICT COURT |

**SENTENCING SCHEDULING ORDER**

It is this **27**th day of **Jan** 200**6** hereby

**ORDERED** that the sentencing in this matter is set for **4-20-06** at **11:00AM**.; and it is

**ORDERED** that the probation officer assigned to this case disclose the initial version of the pre-sentence investigation report to the parties 45days after the referral date; and it is further

**ORDERED** that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is further

**ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report 10 days after the parties have submitted their objections; and it is further

**ORDERED** that the parties file any memoranda in aid of sentencing with the court 10 days after the final version of the pre-sentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to reply upon.

**SO ORDERED.**

*Henry Kennedy*
Henry H. Kennedy, Jr.
United States District Judge