UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-233 (HHK)** |
| | : | |
| v. | : | |
| | : | |
| **MARCUS ARRINGTON** | : | |

### ORDER

WHEREUPON, having considered the Government's Motion for Guidelines Credit, and the record before the court, it is hereby

**ORDERED**, that the Government's motion is hereby GRANTED.

_____
Henry H. Kennedy
United States District Judge

cc:

Catherine K. Connelly
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004