2235 Military Road
Arlington, VA 22207-3959

April 6, 2006

Honorable Henry H. Kennedy, Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kennedy:

I am writing on behalf of Mr. Marcus Arrington who is schedule for sentencing in your court later this month. I was shocked to learn that Mr. Arrington had entered a guilty plea to distribution of phencyclidine (PCP) and that he faced a significant sentence.

Before stating my request to you, let me open with an introduction. You and I were classmates at Princeton, although had little interaction. I have followed your career with admiration and respect for your achievements, as well as those of your family. I hope that our common undergraduate experience imbued us with similar values of respect and consideration for human dignity.

My career path has differed from yours. I am a child psychiatrist, who currently works as the Director of Child and Adolescent Psychiatry at The Psychiatry Institute of Washington. Mr. Arrington worked as a psychiatric technician on the children's unit at the hospital, where we had daily contact.

But, my other background is more important in influencing my statements to you. I spent nearly 28 years as an Army medical corps officer, retiring with the rank of brigadier general. The Army, especially command positions, offered many opportunities to work with young men and women over the years and influence their lives. As a commander and general officer, I had court martial authority that I exercised to administer punishment for a wide variety of offenses. A number of young soldiers came before me in very serious predicaments.

So, I have deliberated over Mr. Arrington's sentencing from the diverse views of Army general, psychiatrist, and concerned citizen. In working with Mr. Arrington over the ten months before his arrest, I developed a respect for his commitment, dedication, and honesty in performing his duties. In fact, Mr. Arrington was one of the "go-to" technicians on the unit and assigned the toughest cases to work with during their hospitalization. In discussing the challenges these young children faced, Mr. Arrington did not hide the troubled and difficult circumstances of his own life and the great effort he was making to "straighten it out." He did not disclose his deepest secrets, but reflected on his life thoughtfully such that he earned my trust and respect as a clinician and role model for the patients. He was not shy about sharing the hard work that lay ahead of him to get his life "back on track."

I cannot envision the value of an extended jail time for him. He has shown that he has a strong work ethic, has high standards in performing his duties, and is reliable and trustworthy. Moreover, he has already done long jail time and the lessons of another extended sentence are questionable. Although I have not done a formal psychiatric examination, the facts that he has disclosed and are known by his colleagues indicate that he could benefit more from intensive treatment and working in a highly supervised setting. He has endeavored to recover from his past and become a responsible citizen. He deserves sentencing that will promote that path towards rehabilitation and growth.

Thank your for considering this request and for your service on the bench. If you wish to discuss this case further, please do not hesitate to contact me by e-mail at snxen@aol.com or mobile phone at (202) 369-4400.

Respectfully,

Stephen N. Xenakis, M.D.
Brigadier General (Ret), USA

Honorable Henry H. Kennedy, Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Carin North
1109 Tanley Rd.
Silver Spring, MD. 20904

Dear Judge Kennedy,

My name is Carin North and I have worked as a Registered Nurse for over forty years, during which time I have had the pleasure of working with some very gifted and valued coworkers and Marcus Arrington is one of them.

It was in 2003 that Marcus came to the Children's Unit at P.I.W. to work as a psychiatric counselor. Even before I got to know him as a friend, I was always impressed with how very diligent Marcus was in his work. He was punctual, organized, and focused. Toward the children, many of whom can be described as highly difficult, suffering from severe mental, emotional, and behavioral problems, he displayed a warmth and a patient understanding. And yet this compassion did not keep him from setting firm limits, and he always expected the best from each child. Marcus was very clear in teaching the importance of earning trust and privileges in order to be discharged from the unit and return home. Marcus also became the "eyes and ears" of the doctors, i.e. giving feedback about the children's behavior on the unit, family interactions, reaction to meds, etc. His input was always greatly valued.

At first Marcus was quiet and kept to himself, but after a short while on the unit, after Marcus had a chance to get a feel for the place and the people he worked with, he began to open up. And as I got to know Mr. Arrington, I found, not just a young man who wanted to prove himself professionally, but one who also strove to be genuinely kind and a caring person. Today I consider him a true and truly valued friend.

Marcus and I have corresponded these past few months, and as he taught the children to do, he fully accepts responsibility for his actions. Marcus often talked about his Grandmother as a strong, positive influence in his life, and I think it is in her eyes that he strives to rise, always higher, as a human being. Yes he has made mistakes. Yet I believe that Marcus will, if given the chance, grow from this experience. I think also he has, simply put, learned his lesson. I think he knows he has too much to lose.

Let me just finish by saying that Marcus is very missed here on the unit. With the kind of work we do, we become like a family. My colleagues and I are very worried about Marcus and his future, like any loving family would be. I hope the court understands that for three years Marcus proved himself as a very valuable team member and friend. My deepest hope is that whatever penance the court decides on will allow Marcus to continue contributing his proven abilities to society. Thank you for your time.

Sincerely,

Carin North

April 11, 2006

To the Honorable Henry H. Kennedy, Jr.
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Kennedy:

I am writing this letter on behalf of Marcus Arrington, who will appear before your Honor for a Sentencing Hearing. I have known Marcus since May 2003, when I began working with him at the Psychiatric Institute of Washington (PIW). I cannot speak to the events that brought him before your Honor and I am not aware of the particulars. I can, however, speak to Marcus' character and to the kind of person I know him to be, regardless of whatever temporary lapse in his judgment may have occurred. I worked with Marcus almost everyday for a year and then continued to work with him in a more peripheral manner. When Marcus and I worked side-by-side, we worked with acutely mentally ill children. Due to the sensitive and extremely difficult nature of our work, I feel like I got to know Marcus very well. I also feel like I am a good judge of character.

Our line of work isn't easy, glamorous, or well paying. People do it because they want to make a difference in the lives of sick children, which Marcus absolutely did. His interaction with the children in our care was exemplary. He was always patient and generous with his time and attention. The children were extremely troubled and often became out of control and violent, sometimes assaulting staff. I never saw Marcus loose his temper when he was assaulted and his skill at deescalating an explosive situation was unparalleled. He also went above and beyond the call of duty to make sure the kids had what they needed or could have a special treat. He spent his own money on clothing, movies, and small treats more often that I can count. These children were often difficult to reach, but Marcus was able to do it. They sought out his company and counsel. Kids who have readmitted since he left have asked for him and are obviously disappointed when they are informed he no longer works here. He was selfless, caring, and dedicated to the work we do here.

Not only was he sensitive to the clinical needs of the children, but also he was generous and thoughtful towards his coworkers. Whenever we worked together 'in the trenches,' I trusted his judgment implicitly and knew that did the same for me. He was always respectful and professional. Work that was sometimes overwhelming and difficult, Marcus made fun and easier. I do not hesitate to serve as a character reference in his time of need, especially since he was always there for me when I needed support. I also ask your Honor for as much leniency as you feel is appropriate in this case and to think of all of the good he has done *for* the community while working with these children, rather than just focusing on what he did to wrong the community. I truly believe that Marcus can be a real asset to the community and feel it would be tragic to take him away from those who need is skill and caring.

Sincerely,

Kate Bristol

Honorable Henry H. Kennedy, Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kennedy,

    My name is Tawanda Kenner. I met Marcus Arrington at The Psychiatric Institute of Washington in 2003. Marcus is a kind and loving person. Marcus was a great asset to the Child Unit. Marcus has always gone above and beyond his duties at work. Marcus made himself available to children anytime any one of them asked to talk about their feelings. Marcus gave good, sound advice to the children. Although Marcus has made mistakes in his life, he always taught the children right from wrong. Marcus would often tell the children to "use your coping skills." Over the years, Marcus and I have developed a brother/sister love for one another. Marcus has shared his future plans with me on several occasions. Marcus plans to return to school to get his Masters Degree in Social Work. Marcus has talked about getting married some day and having children. Marcus is not a threat to society. I truly believe that Marcus would live his life differently, if given the chance. Thank you for taking time to read this letter.

Sincerely,

Tawanda Kenner

April 11, 2006

Honorable Henry H. Kennedy, Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Henry H. Kennedy, Jr.,

I am writing you on the behalf of Marcus Arrington. I understand that he has entered a guilty plea to Distribution of PCP and will be participating in a sentencing hearing in your courtroom in the near future. I have known Mr. Arrington for almost three years since working with him at The Psychiatric Institute of Washington. We worked together on an acute inpatient unit for children 5 to 12 years of age. This was my first experience working with such a population, and when I started, Mr. Arrington took it upon himself to orient me to the task at hand. He gave me sound advice and helped me to understand the lives these children lead. Many of them, particularly the boys, come from similar backgrounds as Mr. Arrington. I saw such devotion and motivation from Mr. Arrington in working with these youth. He wanted to teach them how to survive and escape a criminal future. He acted as a role model and protector; he was a teacher and a sounding board for the children. Since Mr. Arrington has been away from work, we have had several children return to our facility frequently asking about Mr. Arrington, as he is someone they have come to depend on and look up to.

Mr. Arrington is someone that possesses a strong sense of morals and conviction. As we work with a particularly challenging and often violent population of D.C.'s youth, many of us came to rely on Mr. Arrington, not only for help with the children, but for our own well-being and mindset. Mr. Arrington often encouraged and supported me through a difficult shift with a calm air and sense of humor. His concern is always for others before himself. While working the evening shift together, Mr. Arrington and I became close friends. He shared with me his past and his childhood. What stood out to me the most is that Mr. Arrington has made such strides to move away from his past. He obtained his degree and set forth in a career that he has huge potential. Mr. Arrington has spoken to me about his dreams so pursue a Masters Degree and to continue the difficult work with D.C.'s at-risk youth. Mr. Arrington puts his family members and friends before himself, but he also remains true to his beliefs and goals. He provides sound financial and emotional support to several of his family members, and he has cut ties with those from his past that do not support his goals and aspirations.

I know that Mr. Arrington understands the mistake that he has made. The fact that he is willing to take such ownership shows that he believes in what we preach to the children we work with. He always taught the children that people make mistakes, but if we do not take responsibility for ourselves and our actions, we cannot learn and grow from our errors. Mr. Arrington is such a valuable member of our team at PIW as well as his family and local community. Please take what I have told you about Mr. Arrington into consideration when you make your decision regarding his sentencing. Thank you for the opportunity to share with you.

Sincerely,

Jenny Elkins

Honorable Henry H. Kennedy Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor,

    I would like to take a moment of your time concerning Mr. Arrington. As a co-worker, Marcus was a team player and really helped orient me as a new employee here at PIW. Watching Marcus interact with the patients, I would have to say he was definitely a positive role model for the children. He was always encouraging them to see the consequences of their actions before they reached the boiling point. Many times I heard Marcus saying, " Make the right choices." I can only imagine that Marcus learned this life lesson at some point in his past. Marcus is now trying to do his part to help those in need of guidance. I do believe Marcus can make a bigger difference here on the children's unit than where he is now. Thank you for your time and consideration.

                                                Sincerely,

                                                Manuel Alonso

Honorable Henry H. Kennedy, Jr.  
United States District Judge  
333 Constitution Avenue, N.W.  
Washington, D.C. 20001

April 6, 2006

Dear Judge Kennedy,

    Your Honor, my name is Stacy A. Wilson. I am writing on behalf of Mr. Marcus L. Arrington DCDC #256-233. Mr. Arrington and I met in 2003 at the Psychiatric Institute of Washington, where we were both employed as psychiatric counselors on the children's ward. I am currently still employed there. Marcus and I developed a professional relationship as well as a strong friendship. We began dating as a result of our strong friendship and were planning to marry before his incarceration. I have known Marcus to be a very caring, kind, courteous, empathetic and good hearted person. Marcus informed me of the self-destructive lifestyle he was living, that lead to his prior incarceration and arrest charges. He expressed feelings of anger towards himself for disappointing the ones he love, especially he auntie and grandmother who raised him better than the way he chose to live his life in the past. I have kept in close contact with Marcus during the course of his incarceration and know that he is truly sorry for the choices he has made in life, choices that have cost him time away from those he loves and the things he took for granted. In many of our conversations together, Marcus shared many of his dreams and aspirations. He shared his desire to return to school and attain his master's degree in the social work field. He also expressed a desire to be an entrepreneur by starting his own restaurant business.

    Marcus is an intelligent and well-disciplined man, who goes above and beyond his call of duty, which he exhibited on the job. He establishes a rapport with others and has a unique gift and genuine understanding of the various issues and needs of the children we serve. When he came to work you could see the excitement in the eyes of the children, because he was like a father figure to many of them. Marcus was very dependable and diligent in performing his duties. His incarceration has left a big void on the children's ward and amongst our team. When Marcus was not working he enjoyed cooking, running, and spending time with his family. He also enjoyed studying under the teachings of the Islamic faith. Marcus expressed this time of incarceration as a teaching and learning experience. He feels that Allah is using this as a way of getting his attention, because he was taking his freedom and life for granted. He had also become complacent in his spiritual walk.

    Marcus is a wonderful person and friend, and his presence is truly missed on the job. I ask that you find it in your heart to show him mercy. I assure you that Marcus is not the same person he used to be. The many challenges that he has faced has given him a different outlook on life. I thank you in advance for your time and consideration.

Sincerely,

Stacy A. Wilson

April 12, 2006

Honorable Henry H. Kennedy, Jr.
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Honorable Judge Henry Kennedy,

My name is Michael Pearson, and I have known Marcus Arrington for three years since working at the Psychiatric Institute of Washington. Mr. Arrington has shown true commitment to his job and has been a valuable asset to the Children's Unit as well as the entire hospital. He has been a faithful and hardworking counselor and has shown tremendous amount of interest in helping the children and other patients. Mr. Arrington has counseled children in order for them to apply life skills and to change their ways of thinking.

I consider Marcus Arrington to be an amicable and dedicated individual whom would go out his to help those around him in need. Mr. Arrington has embraced me with his kindness and sincere friendship during our time of acquaintance. He possesses great character, drive and determination to do his best and is far from a threat to society. Mr. Arrington is a man of his word and is an outstanding co-worker and friend.

Sincerely,

Michael J. Pearson

4/11/06

Dear Judge Kennedy —

I am Lillian Simms, the Aunt of Marcus Arrington. This letter is additional information prior to his sentencing hearing.

Marcus arrived from South Carolina to the Washington Metropolitan Area at a very young age — to get exposure in a very intelligent region.

My self and other family members assisted in the parenting of Marcus during his informative years of development. I mainly provided shelter during this time.

His early days of attending school — he was a very intelligent student. Always stayin until he did his homework.

He was viewed in the community as one of the kids — who always was willing to help someone.

After high school — Marcus association of friends have had a major impact of where he is today.

He is not the kind of person I feel that has been characterize at this point.

Marcus, Your Honor — is a very kind person — that would do anything to help family members, hardworker, and a very respectful person.

His mistakes have profoundly affected him for the rest of his life. However, Your Honor, please allow Marcus Arrington an opportunity to continue grow and development in this 21st century as a free man.

Lillian Simms