# EXHIBIT A

U S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 9

| 1. Program Code
HID 100 | 2. Cross File    Related Files | 3. File No.
GD-01-0267 | 4. G-DEP Identifier
WGC3L |
|---|---|---|---|
| 5. By: TFO Charles E. Hamby
At: DEA/MATF Group #34
Washington Division Office | ☐
☐
☐ | 6. File Title
MYERS, Ronnie Lee | |
| 7. ☐ Closed ☐ Requested Action Completed
☐ Action Requested By: | ☐
☐ | 8. Date Prepared
11/05/2005 | |

9. Other Officers: USMS Deps Tan and Long, MPD Ofc Gatling, GS Michael Riess, TFO Gore, S/A Krukar, TFO Perez

10. Report Re: Acquisition of Exhibits 101 through 107 and N-101 through N-107 on November 3, 2005.

**SUMMARY**

On November 3, 2005, members of the US Marshal's Fugitive Task Force discovered contraband in the residence of Marcus Lamont ARRINGTON located at 4407 Covington Street, Apartment #201, Suitland, Maryland. TFO Hamby and other members of DEA/MATF Group #34 responded and recovered the contraband.

**DETAILS**

1. On November 3, 2005, at approximately 6:30 AM, Deputy US Marshals Oz Tan, John Long, Mike Parks, Todd Singleton, Kerry Bertrand, Postal Inspector Brian Dexter, and Washington DC Metropolitan Police Department Officers Joe Gatling and W.T. Chung, all members of the US Marshal's Fugitive Task Force, arrived at 4407 Covington Street, Apartment #201, Suitland, Maryland in an attempt to locate and arrest Marcus Lamont ARRINGTON for an outstanding arrest warrant. The warrant was issued in Washington DC on June 16, 2005 for Distribution of Phencyclidine. Members of the task force knocked on the apartment door which was answered by ARRINGTON, who was then placed under arrest for the open warrant.

2. Subsequent to arresting ARRINGTON and upon leaving the apartment, ARRINGTON was asked if there were any firearms or drugs in the residence. ARRINGTON replied that there were drugs on the kitchen counter. Deputy US Marshals Tan and Long then responded back to the

| 11. Distribution:
Division WDO
District
Other SARI | 12. Signature (Agent)
TFO Charles E. Hamby | 13. Date
11/05/2005 |
|---|---|---|
| | 14. Approved (Name and Title)
Michael W. Riess
Group Supervisor | 15. Date
11/5/05 |

DEA Form  - 6
(Jul. 1996)
CEH
3 - Originating Office

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>GD-01-0267 | 2. G-DEP Identifier<br>WGC3L |
|---|---|---|
| | 3. File Title<br>MYERS, Ronnie Lee | |
| 4.<br>Page 2 of 9 | | |
| 5. Program Code<br>HID 100 | 6. Date Prepared<br>11/05/2005 | |

kitchen and observed four plastic baggies containing vegetable matter (Exhibit #101) on the kitchen counter next to the refrigerator. ARRINGTON was again asked if there were any additional drugs in the residence and ARRINGTON replied that there was more in the freezer. MPD Officer Gatling then removed a metal coffee can (Exhibit N-101) from the freezer and subsequently removed the nine plastic baggies collectively containing two-hundred and six smaller plastic baggies, each containing vegetable matter (Exhibit #102).

3. Deputy US Marshall Tan then called Deputy US Marshal Brian Sheppard, assigned to the US District Courthouse in Greenbelt, Maryland and not a member of the Fugitive Task Force, and notified him of the contraband. At approximately 6:55 AM, Deputy Sheppard subsequently contacted TFO Hamby and stated that members of the Fugitive Task Force had arrested a subject in Suitland and located a large quantity of marijuana. TFO Hamby then spoke to Deputy US Marshall Tan who advised him of the above described set-of-facts and stated that the vegetable matter was suspected marijuana.

4. At approximately 8:50 AM, TFO Hamby, TFO Perez, and TFO Krukar arrived at 4407 Covington Street, Apartment #201, Suitland, Maryland and met with Deputy US Marshall Tan, who advised that they had responded to the residence to attempt to locate ARRINGTON for the outstanding arrest warrant. Deputy US Marshall Tan showed TFO Hamby a copy of the warrant and information for several addresses from a computerized database.

5. TFO Hamby, TFO Perez, and Deputy US Marshall Tan then responded to the apartment. The remaining members of the Fugitive Task Force were in the apartment with ARRINGTON, who was handcuffed and sitting on the living room sofa. ARRINGTON was not advised of his Miranda rights. TFO Hamby spoke with ARRINGTON and asked if ARRINGTON would consent to a search of the apartment for any drugs, weapons, or other contraband. ARRINGTON replied, "Yeah I mind, but you all are going to do it anyway."

6. Deputy US Marshall Tan then showed TFO Hamby the drugs that they had found in the kitchen. TFO Hamby observed the initial four baggies

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>GD-01-0267 | 2. G-DEP Identifier<br>WGC3L |
|---|---|---|
| | 3. File Title<br>MYERS, Ronnie Lee | |
| 4.<br>Page 3 of 9 | | |
| 5. Program Code<br>HID 100 | 6. Date Prepared<br>11/05/2005 | |

containing suspected phencyclidine, the open coffee can, and the nine baggies, each containing numerous smaller plastic baggies with suspected phencyclidine, lying on the kitchen counter. Deputy US Marshall Tan stated that MPD Officer Gatling retrieved that coffee can and contents from the freezer. TFO Hamby observed two glass pickle jars containing vegetable matter and suspected phencyclidine residue (Exhibits 103 and 104) as well as three small glass vials containing suspected phencyclidine residue (Exhibit 105) still present in the freezer. TFO Hamby also observed a stack of small square shaped pieces of aluminum foil (Exhibit N-102) on top of the refrigerator.

7. From his training and experience investigating phencyclidine distribution, TFO Hamby recognized the baggies of suspected phencyclidine on the counter, the glass pickle jars, glass vials, and aluminum foil, as well as the fact that all of the items containing suspected phencyclidine were located in the freezer, as items and methods used to store and package phencyclidine for distribution.

8. TFO Hamby asked ARRINGTON if there was any other contraband in the residence. ARRINGTON stated that the only drugs in the residence were the baggies in the kitchen. Deputy US Marshall Tan and the other members of the Fugitive Task Force then prepared to leave the residence with ARRINGTON. ARRINGTON stated to TFO Hamby, "Please don't tear up my apartment." Deputy US Marshall Tan then transported ARRINGTON to Washington DC.

9. Because ARRINGTON had withheld the location of the glass jars in the freezer from the members of the Fugitive Task Force, TFO Hamby believed that there was additional contraband in the residence. TFO Hamby, assisted by TFO Perez and S/A Krukar, secured the apartment and did not search it pending legal advice.

10. TFO Hamby contacted TFO Joseph Abdalla of DEA Washington Division Office Group #32, the case agent for this investigation, and advised him of the circumstances of the discovery of the suspected phencyclidine. TFO Hamby informed TFO Abdalla that he would try and secure a search warrant for the residence; however, it was unlikely

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>GD-01-0267 | 2. G-DEP Identifier<br>WGC3L |
|---|---|---|
| | 3. File Title<br>MYERS, Ronnie Lee | |
| 4.<br>Page 4 of 9 | | |
| 5. Program Code<br>HID 100 | 6. Date Prepared<br>11/05/2005 | |

that a search warrant could be obtained due to the circumstances of the seizure. TFO Hamby advised that, at a minimum, he would recover the contraband and complete the necessary reports for TFO Abdalla's case file.

11. TFO Hamby then contacted Assistant US Attorney Johnston at the US District Courthouse in Greenbelt, Maryland and explained the above described circumstances of the discovery of the contraband. TFO Hamby was advised that a search warrant for the residence was not viable based upon the facts and circumstances of the discovery of the suspected phencyclidine. TFO Hamby was advised to contact TFO Abdalla to determine if a search warrant could be obtained based upon other information from the investigation. TFO Hamby was further advised that, if no search warrant could be obtained, to seize any contraband from the residence.

12. TFO Hamby subsequently learned from TFO Abdalla that no search warrant would be obtained; therefore, TFO Hamby directed the other members of MATF Group #34 to locate any additional contraband for recovery.

13. TFO Hamby recovered Exhibits 101, 102, 103, 104, 105, N-101, and N-102 from the locations previously described. While recovering the exhibits from the kitchen area, TFO Hamby observed two empty bottles of mint flakes (Exhibit 103) and a mechanical scale (Exhibit N-104) which were also recovered.

14. TFO Hamby recovered an electronic scale (Exhibit N-105) and a shoe box containing numerous items of drug processing paraphernalia including inositol, mannitol, baking soda, quinine, numerous plastic baggies, razor blades and dust masks (Exhibit N-106) from the bedroom. TFO Hamby also recovered a small plastic baggie containing eight smaller baggies and four glass vials each containing suspected heroin (Exhibit 106) and a small plastic baggie containing suspected marijuana and marijuana seeds from the bedroom.

15. TFO Hamby transported the above described evidence to the DEA/MATF Group #34 office where it was processed and packaged. TFO Hamby then

DEA Form - 6a
(Jul 1996)

DEA SENSITIVE
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>GD-01-0267 | 2. G-DEP Identifier<br>WGC3L |
|---|---|---|
| | 3. File Title<br>MYERS, Ronnie Lee | |
| 4. Page 5 of 9 | | |
| 5. Program Code<br>HID 100 | 6. Date Prepared<br>11/05/2005 | |

performed preliminary field tests on the suspected phencyclidine, heroin and marijuana and the field tests all showed positive reactions for the respective drugs. The suspected phencyclidine, heroin and marijuana exhibits were submitted to the DEA Mid-Atlantic Drug Analysis Lab for further analysis. The non-drug exhibits were transported to the Washington Division Office non-drug evidence custodian for storage.

**EXHIBITS**

DRUG EXHIBITS:

EXHIBIT #101 is described as approximately 5.5 grams of vegetable matter containing suspected phencyclidine which was located in the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by Deputy US Marshal Tan. TFO Hamby recovered EXHIBIT #101 and maintained custody of EXHIBIT #101. TFO Hamby transported EXHIBIT #101 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #101. EXHIBIT #101 was subsequently submitted to the DEA Mid-Atlantic Laboratory for analysis.

EXHIBIT #102 is described as approximately 245.5 grams of vegetable matter containing suspected phencyclidine which was located in the metal coffee can (EXHIBIT N-101) in the refrigerator freezer of the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by MPD Officer Gatling. TFO Hamby recovered EXHIBIT #102 and maintained custody of EXHIBIT #102. TFO Hamby transported EXHIBIT #102 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #102. EXHIBIT #102 was subsequently submitted to the DEA Mid-Atlantic Laboratory for analysis.

EXHIBIT #103 is described as a glass pickle jar containing vegetable matter and suspected

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**3 - Originating Office**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. GD-01-0267 | 2. G-DEP Identifier WGC3L |
|---|---|---|
| | 3. File Title MYERS, Ronnie Lee | |
| 4. Page 6 of 9 | | |
| 5. Program Code HID 100 | 6. Date Prepared 11/05/2005 | |

phencyclidine residue, which was located in the refrigerator freezer in the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by TFO Hamby. TFO Hamby recovered EXHIBIT #103 and maintained custody of EXHIBIT #103. TFO Hamby transported EXHIBIT #103 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #103. EXHIBIT #103 was subsequently submitted to the DEA Mid-Atlantic Laboratory for analysis.

EXHIBIT #104 is described as a glass pickle jar containing vegetable matter and suspected phencyclidine residue, which was located in the refrigerator freezer in the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by TFO Hamby. TFO Hamby recovered EXHIBIT #104 and maintained custody of EXHIBIT #104. TFO Hamby transported EXHIBIT #104 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #104. EXHIBIT #104 was subsequently submitted to the DEA Mid-Atlantic Laboratory for analysis.

EXHIBIT #105 is described as a three small glass vials containing suspected phencyclidine residue, which were located in the refrigerator freezer in the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by TFO Hamby. TFO Hamby recovered EXHIBIT #105 and maintained custody of EXHIBIT #105. TFO Hamby transported EXHIBIT #105 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #105. EXHIBIT #105 was subsequently submitted to the DEA Mid-Atlantic Laboratory for analysis.

EXHIBIT #106 is described as a plastic bag containing eight smaller plastic baggies and four glass vials all containing suspected heroin residue, which was

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**3 - Originating Office**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>GD-01-0267 | 2. G-DEP Identifier<br>WGC3L |
|---|---|---|
| | 3. File Title<br>MYERS, Ronnie Lee | |
| 4.<br>Page 7 of 9 | | |
| 5. Program Code<br>HID 100 | 6. Date Prepared<br>11/05/2005 | |

located in the dresser drawer in the bedroom area of 4407 Covington Street, Apartment #201, Suitland, Maryland by G/S Riess. TFO Hamby recovered EXHIBIT #106 and maintained custody of EXHIBIT #106. TFO Hamby transported EXHIBIT #106 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #106. EXHIBIT #106 was subsequently submitted to the DEA Mid-Atlantic Laboratory for analysis.

EXHIBIT #107 is described as a plastic bag containing suspected marijuana and a small plastic baggie containing suspected marijuana seeds, which was located in the dresser drawer in the bedroom area of 4407 Covington Street, Apartment #201, Suitland, Maryland by G/S Riess. TFO Hamby recovered EXHIBIT #107 and maintained custody of EXHIBIT #107. TFO Hamby transported EXHIBIT #107 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #107. EXHIBIT #107 was subsequently submitted to the DEA Mid-Atlantic Laboratory for analysis.

NON-DRUG EXHIBITS:

EXHIBIT #N-101 is described as a metal coffee can which contained Exhibit 102 which was located in the refrigerator freezer of the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by MPD Officer Gatling. TFO Hamby recovered EXHIBIT #N-101 and maintained custody of EXHIBIT #N-101. TFO Hamby transported EXHIBIT #N-101 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #N-101. EXHIBIT #N-101 was subsequently transported to the Washington Division Office non-drug evidence custodian for storage.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>GD-01-0267 | 2. G-DEP Identifier<br>WGC3L |
|---|---|---|
| | 3. File Title<br>MYERS, Ronnie Lee | |
| 4.<br>Page 8 of 9 | | |
| 5. Program Code<br>HID 100 | 6. Date Prepared<br>11/05/2005 | |

EXHIBIT #N-102 is described as numerous pieces of aluminum foil which were located on top of the refrigerator in the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by TFO Hamby. TFO Hamby recovered EXHIBIT #N-102 and maintained custody of EXHIBIT #N-102. TFO Hamby transported EXHIBIT #N-102 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #N-102. EXHIBIT #N-102 was subsequently transported to the Washington Division Office non-drug evidence custodian for storage.

EXHIBIT #N-103 is described as two empty jars of mint flakes which were located in the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by TFO Hamby. TFO Hamby recovered EXHIBIT #N-103 and maintained custody of EXHIBIT #N-103. TFO Hamby transported EXHIBIT #N-103 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #N-103. EXHIBIT #N-103 was subsequently transported to the Washington Division Office non-drug evidence custodian for storage.

EXHIBIT #N-104 is described as a mechanical scale which was located in the kitchen area of 4407 Covington Street, Apartment #201, Suitland, Maryland by TFO Hamby. TFO Hamby recovered EXHIBIT #N-104 and maintained custody of EXHIBIT #N-104. TFO Hamby transported EXHIBIT #N-104 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #N-104. EXHIBIT #N-104 was subsequently transported to the Washington Division Office non-drug evidence custodian for storage.

EXHIBIT #N-105 is described as an electronic scale which was located in the bedroom area of 4407 Covington Street, Apartment #201, Suitland, Maryland by TFO Hamby. TFO Hamby recovered EXHIBIT #N-105 and

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**3 - Originating Office**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>GD-01-0267 | 2. G-DEP Identifier<br>WGC3L |
|---|---|---|
| | 3. File Title<br>MYERS, Ronnie Lee | |
| 4.<br>Page 9 of 9 | | |
| 5. Program Code<br>HID 100 | 6. Date Prepared<br>11/05/2005 | |

maintained custody of EXHIBIT #N-105. TFO Hamby transported EXHIBIT #N-105 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #N-105. EXHIBIT #N-105 was subsequently transported to the Washington Division Office non-drug evidence custodian for storage.

EXHIBIT #N-106 is described as a box containing numerous items of drug distribution paraphernalia which was located in the bedroom area of 4407 Covington Street, Apartment #201, Suitland, Maryland by TFO Gore. TFO Hamby recovered EXHIBIT #N-106 and maintained custody of EXHIBIT #N-106. TFO Hamby transported EXHIBIT #N-106 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #N-106. EXHIBIT #N-106 was subsequently transported to the Washington Division Office non-drug evidence custodian for storage.

EXHIBIT #N-107 is described as a compact disc containing several photographs taken by TFO Hamby of the inside of 4407 Covington Street, Apartment #201, Suitland, Maryland. TFO Hamby recovered EXHIBIT #N-107 and maintained custody of EXHIBIT #N-107. TFO Hamby transported EXHIBIT #N-107 to the MATF Group #34 office where he processed, packaged, marked and sealed EXHIBIT #N-107. EXHIBIT #N-107 was subsequently transported to the Washington Division Office non-drug evidence custodian for storage.

**INDEXING**

1. ARRINGTON, Marcus Lamont -                    NADIS# 5792563
   ADDRESS: 4407 Covington Street, Apartment #201, Suitland, Maryland
   TELEPHONE: Home (301) 735-3052

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**3 - Originating Office**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.