HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 20 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0233</u> |
|---|---|---|
| | : | |
| vs. | : | SSN: |
| | : | |
| Arrington, Marcus | : | Disclosure Date: <u>March 9, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
**Prosecuting Attorney**                                      **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_  03/16/06       _[signature]_  3/23/06
**Defendant**   **Date**          **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 23, 2006**, to U.S. Probation Officer **Monica Johnson**, telephone number (202) 565-1332, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

March 23, 2006

Monica Johnson
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

Re: United States v. Marcus Arrington
Criminal No.: 05-233 (HHK)

Dear Ms. Johnson:

Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated March 9, 2006.

## Objections and Comments

1. Mr. Arrington requests that Paragraph 25 on Page 6 of the Presentence Report be modified to reflect that a parole violation has not been filed. Further, a violation report could not have been filed prior to the date of his arrest. Records indicate that contact was made with Ms. Murphy by U.S. Probation, but there are no records indicating a detainer or outstanding warrant.

2. Mr. Arrington requests that Paragraph 38 on Page 8 of the Presentence Report be modified to reflect that his sister, Tomekia, is now a social worker, not a parole officer.

3. Mr. Arrington requests that Paragraph 39 on Page 8 of the Presentence Report specify that his mother's ex-husband, Deb Murphy was abusive towards him and his mother (not his mother's boyfriends as stated in the report). In addition, Mr. Arrington objects to the statement that he had no attachment to his siblings. Mr. Arrington maintains that he has a close relationship with his sisters.

4. Mr. Arrington requests that Paragraph 40 on Page 9 of the Presentence Report be modified to reflect that Mr. Arrington came to DC to live with his grandmother. Mr. Arrington came on his own, without his parents.

5. Mr. Arrington requests that Paragraph 61 on Page 11 of the Presentence Report reflect Mr. Arrington (not " 's ").

6. Mr. Arrington objects to Paragraph 84, Page 15 of the Presentence Report on the basis that his criminal history category over-represents the seriousness of Mr. Arrington's criminal history. Mr. Arrington has one felony conviction. This history is atypical of other defendants who have been identified with a criminal history category of III.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc: Catherine Connelly, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530